DAVID R. DENIS SBN 193 143
LAW OFFICES OF DAVID R. DENIS, P.C.
707 Wilshire Blvd., Suite 3600
Los Angeles, CA 90017
Tel.: (213) 625-0033
Fax : (213) 625-8833

Attorney for Defendant
RYAN WEDDING



# UNITED STATES DISTRICT COURT,

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) Case No.: CR-08 MJ-1856—3 |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT RYAN WEDDING |
| RYAN WEDDING, et al., | ) |
| Defendant(s). | ) |

TO THIS HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE, that the Law Offices of David R. Denis, David R. Denis, Esq. Substitutes, George Hunt, Esq. as counsel for Defendant, RYAN WEDDING, in the above captioned matter.

/ / /

DATED: 6-24-08

_____
George Hunt, Present Attorney for
Defendant, RYAN WEDDING

DATED: 6-24-08

_____
David R. Denis, New Attorney for
Defendant, RYAN WEDDING

Substitution is hereby  ☒ GRANTED  ☐ DENIED

Dated: 6-24-08

_____
U. S. District Judge/U.S. Magistrate Judge

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, the undersigned, am a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 707 Wilshire Blvd., Suite 3600, Los Angeles, CA 90017

On June 24, 2008 **I served the within:**

**SUBSTITUTION OF ATTORNEY**

on the interested parties in said action.
( X )   by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**ORLANDO GUTIERREZ**

(X)   **(BY MAIL)** As follows: I am familiar with the regular mail collection processing practices of said business, and in the ordinary course of business the mail is deposited with the United States Postal Service that same day with postage thereon fully prepared at Los Angeles, CA

(X)   **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addresses.

( )   **(BY FACSIMILE)** I faxed such documents to the following:

( )   (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(X) (FEDERAL) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on this 24th day of JUNE, 2008, at San Diego, California.

_____
David R. Denis

- 1 -